UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE P. CASTILLO MOTA,<br><br>       Plaintiff,<br><br>  -against-<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>       Defendant. | 23 Civ. 7129 (LGS)<br><br>ORDER GRANTING IFP APPLICATION |

LORNA G. SCHOFIELD, United States District Judge:

  Leave to proceed in this Court without prepayment of fees is authorized.  *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: August 16, 2023
   New York, New York

                   _____
                   **LORNA G. SCHOFIELD**
                   **UNITED STATES DISTRICT JUDGE**