```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2023
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*
*Civil Division*

---

c/o Social Security Administration   tel: (212) 264-2506
Office of the General Counsel        fax: (212) 264-6372
6401 Security Boulevard              jessamyn.hanna@ssa.gov
Baltimore, MD 21235

**Via CM/ECF**

Hon. Robert Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

October 10, 2023

Granted.

SO ORDERED:

10/10/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *Jose P. Castillo Mota v. Commissioner of Social Security,*
      No. 1:23-cv-07129-RWL

Dear Judge Lehrburger:

Pursuant to this Court's Standing Order regarding briefing of Social Security Cases (ECF No. 7), the parties have conferred and propose the following schedule for the deadlines in this case:

1. The certified administrative record for this case is due on October 16, 2023, but will not be ready on that date. Accordingly, the parties propose a due date of November 30, 2023 for the certified administrative record.

2. The parties propose that Plaintiff's brief be due on January 29, 2024.

3. The parties propose that Defendant's brief be due on March 29, 2024.

Thank you for your consideration of this joint request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Jessamyn Hanna*
      Jessamyn Hanna
      Attorney for Defendant
      Special Assistant United States Attorney
      Tel. (212) 264-2506
      jessamyn.hanna@ssa.gov

By: /s/ *Violeta Arciniega*
Violeta Arciniega
Attorney for Plaintiff
Tel. (718) 579-8157
varciniega@legal-aid.org